**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

MINUTES OF PROCEEDINGS AND ORDER

OnX USA, LLC,                                    DATE____08/27/2013_____

                    Plaintiff,              CASE NO._1:11CV2523_____

                    vs.

Louis Sciacchetano, *et al.*                COURT REPORTER:  _____n/a_____

                    Defendants.             MAGISTRATE JUDGE VECCHIARELLI

Attys for Plaintiff:  Barry Y. Freeman        Attys for Defendant:  Donna K. McElroy
                      Gregory P. Amend                              Tyler L. Mathews

PROCEEDINGS:  The court conducted a telephone conference on Tuesday, August
27, 2013 at 4:00 p.m.  After hearing the parties' positions regarding the parties'
discovery dispute, counsel for both parties agreed to the court's suggestion for
preliminarily resolving the dispute.  The court instructed the parties as follows:

> 1.    By 12:00 p.m on Wednesday, August 28, 2013, the parties must file a
>       joint proposal indicating an agreed upon date by which Plaintiff must
>       submit a privilege log and a date by which Defendant must file objections
>       to Plaintiff's privilege log.  The privilege log must be detailed and include,
>       at the very least, the identify and job title of the author(s) and recipient(s)
>       of each document, a general description of the subject matter of each
>       document, a description of each privilege asserted for each document,
>       and an explanation of why the asserted privilege applies to the particular
>       document.  It is anticipated that the privilege log will be submitted around

September 11, 2013, or a few days thereafter, and the objections will be submitted a week later.

2.    Counsel for both parties must arrange to meet in person within three (3) days after Defendant files objections to Plaintiff's privilege log to confer about specific documents in an attempt to narrow the number of documents in dispute.

3.    The parties will conduct depositions as previously scheduled.  The documents in issue may be used in deposition, but Plaintiff may place objections on the record to each question that relates to a document Plaintiff asserts as privileged.  All testimony relating to a document asserted as privileged and the document will remain under seal until the court rules otherwise.

4.    Following the exchange of Plaintiff's privilege log and Defendant's objections and after the settlement conference, the parties and the court will conduct a telephone conference to discuss how to proceed with the discovery dispute, including, but not limited to, whether any discovery will occur with regard to the privilege issue.

40 minutes
Total Time

                                        s/ Nancy A. Vecchiarelli
                                        Nancy A. Vecchiarelli
                                        United States Magistrate Judge